UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-60440-LEIBOWITZ

ROBERT LIVINGSTONE,

    *Plaintiff*,

v.

SEMPER LASER LLC,

    *Defendant*.

_____/

## ORDER

The Plaintiff filed a Notice of Voluntary Dismissal with Prejudice [ECF No. 6] pursuant to FED. R. CIV. P. 41(a)(1)(A)(i). Being fully advised, it is **ORDERED AND ADJUDGED** that this action is **DISMISSED** *with prejudice*. The Clerk of Court is directed to **CLOSE** this case. All pending deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in the Southern District of Florida on July 11, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record